UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:19-mj-03215-JG

UNITED STATES OF AMERICA

v.

ANTONIO PEDRO DE FIGUEIREDO CASTRO,

    **Defendant.**
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___Yes _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes _x_ No

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

BY: _____
    ELI RUBIN
    ASSISTANT UNITED STATES ATTORNEY
    Court No. A5502535
    99 N. E. 4th Street
    Miami, Florida 33132-2111
    TEL (305) 961-9247
    FAX (305) 536-4699
    EMAIL: Eli.Rubin@usdoj.gov

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

ANTONIO PEDRO DE FIGUEIREDO CASTRO,

## CRIMINAL COMPLAINT

CASE NUMBER: 19-mj-03215-JG

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 30, 2019, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, ANTONIO PEDRO DE FIGUEIREDO CASTRO, did in a matter within the jurisdiction of the executive branch of the United States, knowingly and willfully make a false statement as to a material fact to an Officer of U.S. Customs and Border Protection, in violation of Title 18, United States Code, Section 1001(a)(2).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about July 30, 2019, the defendant, ANTONIO PEDRO DE FIGUEIREDO CASTRO, arrived at Miami International Airport aboard American Airlines Flight #906 from Sao Paulo, Brazil. The defendant presented a Portuguese passport to CBP for entry into the United States. Because Portugal is a visa waiver country, the defendant did not need to present a U.S. visa for entry. Instead, defendant presented an Electronic System for Travel Authorization application (ESTA) form, which is a required visa application form. The defendant was referred to secondary inspection for admissibility verification. During the secondary examination, CBP Officers queried immigration records which revealed that ANTONIO PEDRO DE FIGUEIREDO CASTRO was previously admitted into the United States on May 24, 2003, for a period of three (3) months not to exceed August 23, 2003. However, he did not depart the United States until March 2, 2008, overstaying his allowed period of admission. CBP records showed that on June 27, 2019, the defendant completed an electronic ESTA application form. The application form asks, "Have you ever stayed in the United States longer than the admission period granted to you by the U.S. government?" and "Are you currently seeking employment in the United States or you were previously employed in the United States without prior permission from the U.S. government?" ANTONIO PEDRO DE FIGUEIREDO CASTRO answered "No" to both questions. During a secondary interview, the defendant admitted that he had overstayed a previous visit to the United States, but lied because he needed the ESTA application approved. The defendant also admitted that he had worked previously in the United States as a plumber and electrician and that he knew he was responsible for his ESTA application.

JESUS CORREA, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

July 31, 2019      at      Miami, Florida
Date                                                                   City and State

JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                          Signature of Judicial Officer